1  MANATT, PHELPS & PHILLIPS, LLP
   MANDANA MASSOUMI, State Bar No.: 191359
2  MMassoumi@manatt.com
   MATTHEW B. GOLPER, State Bar No.: 275979
3  MGolper@manatt.com
   695 Town Center Drive, 14th Floor
4  Costa Mesa, California  92626-1924
   Telephone:  (714) 371-2500
5  Facsimile:   (714) 371-2550

6  Attorneys for Defendant
   TARGET CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | YOLANDA GREEN, an individual, | CASE NO: 2:16-cv-08555-ODW-GJS |
12 | Plaintiff, | [Los Angeles County Superior Court Case No. BC615751] |
13 | v. | **JUDGMENT** |
14 | TARGET CORPORATION, a corporation; and DOES 1 through 50, inclusive, | Courtroom:   5D |
15 |  | Judge:          Hon. Otis D. Wright II |
16 | Defendant. |  |

1 | Pursuant to the Court's February 22, 2017 order granting Defendant Target Corporation's ("Defendant") Motion for Judgment on the Pleadings as Unopposed [ECF No. 13], IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff Yolanda Green's claims are all dismissed with prejudice, and that judgment shall be, and hereby is, entered in favor of Defendant Target Corporation, and against Plaintiff Yolanda Green, that Plaintiff Yolanda Green shall take nothing by her Complaint against Defendant Target Corporation, and that Defendant Target Corporation shall recover its costs incurred.

**IT IS SO ORDERED.**

March 3, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**